# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

DENISE L. CHRISTOPHER, )
)
    Plaintiff, )
)
v. )
) No. 04-0548-CV-W-FJG-SSA
JO ANNE B. BARNHART, )
COMMISSIONER OF SOCIAL SECURITY, )
)
    Defendant. )

## JUDGMENT IN A CIVIL CASE

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

plaintiff's motion for summary judgment (Doc. # 15) is **DENIED**. It is further **ORDERED** that defendant's motion for summary judgment (Doc. # 16) is **GRANTED**.


June 10, 2005                         Patricia L. Brune
Date                                      Clerk of the Court


                                                           /s/ Rhonda Enss
                                                           (by) Deputy Clerk